IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT C. BOWIE,

      Plaintiff,                        No. 2:11-cv-3184 EFB P

      vs.

R. STOVALL, et al.,

      Defendants.              ORDER

                                  /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      On April 11, 2012, the court dismissed plaintiff's complaint for failure to state a cognizable claim. The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in this action being dismissed. The 30-day period has expired and plaintiff has not filed an amended complaint.

      Plaintiff did, however, file a letter in response to the court's order. Dckt. No. 18.

////

1

1   Construing that letter as amended complaint, the court finds that the allegations therein suffer

2   from the same defects as the original complaint.  *See* Apr. 11, 2012 Screening Order, Dckt. No.

3   15 at 3 ("The allegations in plaintiff's complaint are so vague and conclusory that the court

4   cannot determine whether the current action is frivolous or fails to state a claim for relief."); *id.*

5   at 5 ("Should plaintiff choose to file an amended complaint, the amended complaint shall clearly

6   set forth the claims and allegations against each defendant.").

7       Despite notice of the deficiencies of his claim and an opportunity to amend, plaintiff

8   appears to be unable to state a cognizable claim for relief, and further leave to amend appears

9   futile.  Accordingly, the court will dismiss the amended complaint without leave to amend.

10   *Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) ("Under Ninth Circuit case law, district

11   courts are only required to grant leave to amend if a complaint can possibly be saved. Courts are

12   not required to grant leave to amend if a complaint lacks merit entirely.")

13       Accordingly, it is hereby ORDERED that this action is DISMISSED for failure to state a

14   claim and the Clerk of the Court shall close this case.  28 U.S.C. § 1915A(b).

15   Dated:  August 7, 2012.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE

2